1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**YADIRA RIOS GIBSON, State Bar No. 215278**
ADRIAN M. HOPPES, State Bar No. 288477
HOLDEN LAW GROUP
1522 Lincoln Way
Auburn, CA  95603-5010
Telephone:    530.888.0901
Facsimile:    530.888.0902
yadira@holdenlawgroup.com
adrian@holdenlawgroup.com

Attorneys for Defendant
CALIFORNIA SAFETY COMPANY,
INC., a California Corporation; and DOES 1 through 20,
inclusive,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTINA MCGILL,

                    Plaintiffs,

          v.

CALIFORNIA SAFETY COMPANY,
INC., a California Corporation; and
DOES 1 through 20, inclusive

                    Defendants.

Case No. 2:21-cv-00029-MCE-DMC

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO
PLAINTIFF'S COMPLAINT; ORDER

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant CALIFORNIA SAFETY COMPANY, INC. may have additional time within which to answer or otherwise respond to Plaintiff's complaint. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's complaint is April 20, 2021.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is

HOLDEN LAW
GROUP
1522 LINCOLN
WAY
AUBURN, CA

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S
COMPLAINT; ORDER

1

acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated:  March 24, 2021                              HOLDEN LAW GROUP


                                          By:   /s/Yadira Rios Gibson
                                                YADIRA RIOS GIBSON
                                                Attorneys for Defendant
                                                CALIFORNIA SAFETY COMPANY, INC.


Dated:  March 24, 2021                              LAW OFFICE OF PATRICIA SAVAGE


                                          By:   /s/Patricia Savage (as authorized on March 16, 2021)
                                                PATRICIA SAVAGE
                                                Attorney for Plaintiff
                                                CHRISTINA MCGILL


## ORDER


        Pursuant to the Parties' stipulation, and good cause appearing, Defendant is directed to answer or otherwise respond to Plaintiff's complaint on or before Tuesday April 20, 2021.

        IT IS SO ORDERED.

**Dated:  March 24, 2021**


                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          SENIOR UNITED STATES DISTRICT JUDGE